IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NEAL POTTER                                                                                         PLAINTIFF

v.                                           NO. 5:13CV00277 JLH

PAUL CURTIS, individually and in his
official capacity; BOBBY HOPSON, JR.,
individually and in his official capacity;
and JAMES FRASER, individually and in
his official capacity                                                                             DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 27th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE